DISTRICT OF OREGON, ss:          AFFIDAVIT OF SCOTT R. MCCOLLISTER

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Scott McCollister, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Portland Police Bureau (PPB) Human Trafficking Detective, assigned as a Task Force Officer (TFO) for the Federal Bureau of Investigation (FBI). I have been a sworn police officer for over nineteen years. For more than ten years I was assigned as a narcotics investigator with the PPB Drugs and Vice Division and with approximately three years as a TFO with the Drug Enforcement Administration (DEA). I have conducted investigations into weapons offenses in violation of Title 18 in addition to violations of Title 21, United States Code, Sections 841 and 846 and related financial crimes. As part of my training, I attended the State of Oregon Department of Public Safety Standards and Training Basic Police Academy, Portland Police Bureau Advanced Academy, and currently hold a Police Officer Basic, Intermediate, and Advanced certification through the Oregon Department of Public Safety Standards and Training. I have participated in no fewer than two hundred investigations regarding the possession, distribution, and manufacture of controlled substances and have been involved in the preparation and execution of at least 250 search warrants for narcotics and other criminal offenses. I have participated in seven federal wire-tap investigations in the District of Oregon and Western District of Washington. In these investigations, I have been the affiant on federal wire-taps, supervised the wire room, conducted wire-directed surveillance, and interviewed individuals who were engaged in drug trafficking.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for Anthony Devalin BRANT Jr., for the crime of felon in possession of a firearm and ammunition

in violation of Title 18 U.S.C. § 922(g)(1). As set forth below, there is probable cause to believe, and I do believe, that BRANT committed the crime of felon in possession of a firearm and ammunition in violation of Title 18 U.S.C. § 922(g)(1).

## Applicable Law

3.  Title 18 U.S.C. § 922(g)(1) prohibits a felon from being in the possession of a firearm or ammunition.

## Statement of Probable Cause

4.  The Federal Bureau of Investigation (FBI), Portland Police Bureau (PPB), and Internal Revenue Service Criminal Investigation (IRS CI) (hereinafter referred to collectively as "Investigators") are conducting a criminal investigation into Anthony Devalin BRANT Jr.

5.  BRANT has multiple prior state felony convictions including Unlawful Use of a Weapon – Firearm (September 17, 2008) and Felon in Possession of Weapon – Firearm (February 26, 2013). Brant also has a June 20, 2014 federal conviction in the District of Oregon for Possession with Intent to Distribute Cocaine Base and was sentenced to a term of imprisonment of 60 months (13-cr-00479-JO-2). As a result of his felony convictions, BRANT is not permitted to possess firearms.

6.  On March 12, 2021, Investigators executed a lawfully obtained federal search warrant on BRANT's residence (21-mc-00309), located on Kensington Drive in Clackamas, Oregon, within the District of Oregon. At the time the warrant was executed, BRANT was the only adult occupant of the residence.

7.  Investigators' search of the residence resulted in the discovery of one Springfield Armory 9mm handgun, serial number US952547, located in a bedroom believed to be associated to

BRANT's daughter, who does not appear to reside there. The Springfield Armory 9mm was loaded with a round in the chamber. Investigators also discovered a firearm inside a bag tucked under a dresser in the master bedroom: a .40 caliber handgun with Polymer 80 frame with a Rock Slide USA upper receiver. The Polymer 80 handgun was loaded with a magazine containing Blazer S&W .40 caliber ammunition, manufactured in Idaho. The dresser under which the Polymer 80 handgun was located contained paperwork in BRANT's name, consistent with and indicative of him exercising dominion and control over the items in the room.

8. Portland Police records indicate that the Springfield Armory handgun is stolen.

9. Investigators seized the guns and ammunition and took them into evidence.

10. The Springfield Armory handgun was manufactured in Illinois. The Blazer S&W .40 caliber ammunition was manufactured in Idaho. Accordingly, the handgun and the ammunition must have traveled in interstate commerce.

11. Prior surveillance of the Kensington Avenue residence has shown that BRANT resides there. Given that the Polymer 80 was found in a bedroom under a dresser which contained paperwork in BRANT's name, and BRANT was the only adult occupant of the residence, I conclude that BRANT unlawfully possessed the Springfield Armory handgun and the Blazer S&W .40 caliber ammunition.

## Conclusion

12. Based on the foregoing, I have probable cause to believe, and I do believe, that Anthony Devalin BRANT Jr. committed the crime of felon in possession of a firearm and ammunition in violation of Title 18 U.S.C. § 922(g)(1). I therefore request that the Court issue a criminal complaint and arrest warrant for Anthony Devalin BRANT Jr.

13. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Peter Sax, and AUSA Sax advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

_____
SCOTT McCOLLISTER
Task Force Officer
FBI

Sworn in accordance with the requirement of Fed. R. Crim. P. 4.1 by telephone at 2:40pm on March 11, 2021.

*Jolie A. Russo*
_____
HON. JOLIE A. RUSSO
United States Magistrate Judge